BARBARA L. RANA *v.* FRANK RITACCO

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 635 (AC 12816), is granted, limited to the following issue:

"In the circumstances of this case, did the plaintiff's notice to her employer comply with the requirements of General Statutes § 31-293?"

The Supreme Court docket number is SC 15214.

*Karen M. Woods,* in support of the petition.

Decided March 9, 1995

WILLIAM BETHEA *v.* COMMISSIONER OF CORRECTION

The petitioner William Bethea's petition for certification for appeal from the Appellate Court, 36 Conn. App. 641 (AC 13068), is denied.

BERDON, J., dissenting. I would grant the petition for certification filed by the petitioner.

*Paula Mangini Montonye,* assistant public defender, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided March 9, 1995

STATE OF CONNECTICUT *v.* THERESA WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 935 (AC 13279), is denied.

*Vito A. Castignoli,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided March 9, 1995